UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GORDON SAUER | * | CIVIL ACTION |
| VERSUS | * | NO. 22-1943 |
| WRIGHT HOMES, LLC | * | SECTION "H" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Gordon Sauer's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 16th day of March, 2023.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE